**Order filed October 18, 2011.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-00872-CV
_____

## CARROLL SALLEY, LATIF SALLEY, KIMYA DERAMUS AND SARAH WALLACE, Appellants

## V.

## GIRLS AND BOYS PREPATORY ACADEMY, Appellee

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-13508**

---

## O R D E R

This is an appeal from a judgment signed August 19, 2011. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-11-00761-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-11-00872-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 3.5. 14th Tex. App. (Houston) Loc. R. 3.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM